IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHIEVY JONES,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5508

Opinion filed February 25, 2015.

An appeal from an order of the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Chievy Jones, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, ROWE, and MAKAR, JJ., CONCUR.